# Exhibit "A"

简体中文    English    Français    Русский    Español    العربية    Portuguese

# ICANN WHOIS

universalcommercialcapital.com    [Lookup]

By submitting any personal data, I agree that any the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

## Showing results for: universalcommercialcapital.com

Original Query: universalcommercialcapital.com

# Contact Information

## Registrant Contact
Name:
Organization: DH Capital
Mailing Address: , California US
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=universalcommercialcapital.com

## Admin Contact
Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=universalcommercialcapital.com

## Tech Contact

Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:
Fax Ext:
Email:Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=universalcommercialcapital.com

## Registrar

WHOIS Server: whois.godaddy.com
URL: http://www.godaddy.com
Registrar: GoDaddy.com, LLC
IANA ID: 146
Abuse Contact Email:abuse@godaddy.com
Abuse Contact Phone: +1.4806242505

## Status

Domain Status:clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status:clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status:clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status:clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

## Important Dates

Updated Date: 2017-10-14
Created Date: 2016-10-13
Registrar Expiration Date: 2018-10-13

## Name Servers

NS57.DOMAINCONTROL.COM

NS58.DOMAINCONTROL.COM

## Raw WHOIS Record

```
Domain Name: universalcommercialcapital.com
Registry Domain ID: 2065924875_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-10-14T16:58:15Z
Creation Date: 2016-10-13T16:26:53Z
Registrar Registration Expiration Date: 2018-10-13T16:26:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registrant Organization: DH Capital
Registrant State/Province: California
Registrant Country: US
Registrant Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?
domain=universalcommercialcapital.com
Admin Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?
domain=universalcommercialcapital.com
Tech Email: Select Contact Domain Holder link at
https://www.godaddy.com/whois/results.aspx?
domain=universalcommercialcapital.com
Name Server: NS57.DOMAINCONTROL.COM
Name Server: NS58.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2018-08-15T16:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-
en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set
per
```

```
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden
without the prior written
permission of GoDaddy.com, LLC.  By submitting an inquiry,
you agree to these terms of usage and limitations of warranty.  In
particular,
you agree not to use this data to allow, enable, or otherwise make
possible,
dissemination or collection of this data, in part or in its
entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic
electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial
purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section.  In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.
```

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

NOTICE, DISCLAIMERS AND TERMS OF USE:

On 17 May 2018 the ICANN Board adopted a Temporary Specification for gTLD Registration Data. This page is under review and will be updated to address the Temporary Specification.

All results shown are captured from registries and/or registrars and are framed in real-time.  ICANN does not generate, collect, retain or store the results shown other than for the transitory duration necessary to show these results in response to real-time queries.*  These results are shown for the sole purpose of assisting you in obtaining information about domain name registration records and for no other purpose.  You agree to use this data only for lawful purposes and further agree not to use this data (i) to allow, enable, or otherwise support the transmission by email, telephone, or facsimile of mass unsolicited, commercial advertising, or (ii) to enable high volume, automated, electronic processes to collect or compile this data for any purpose, including without limitation mining this data for your own

Case 8:18-cv-01508-CJC-JDE Document 1-1 Filed 08/24/18 Page 6 of 6 Page ID #:19

personal or commercial purposes. ICANN reserves the right to restrict or terminate your access to the data if you fail to abide by these terms of use. ICANN reserves the right to modify these terms at any time. By submitting a query, you agree to abide by these terms.

\* There is one exception: ICANN acts as the registry operator for the .int TLD, and in that capacity it does collect, generate, retain and store information regarding registrations in the .int TLD.

© 2018 Internet Corporation for Assigned Names and Numbers    [Privacy Policy](#)    [Terms of Service](#)    [Cookies Policy](#)