# Exhibit "D"



