Mathew K. Higbee, Esq., SBN 241380
Saba A. Basria, Esq., SBN 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
Email: sbasria@higbeeassociates.com

*Attorney for Plaintiff,*
RM MEDIA LTD.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RM MEDIA LTD.,

Plaintiff,

v.

ERIC TRAN; SERGIO SAVIC d/b/a YOUR PERSONAL WORKFORCE; UNIVERSAL COMMERCIAL CAPITAL; and DOES 1 through 10 inclusive.

Defendants.

Case No. 8:18-cv-01508-CJC-JDE

**REQUEST FOR ENTRY OF DEFAULT**

**Filed and Served Concurrently:**

1. Declaration of Mathew K. Higbee
2. [Proposed] Entry of Default

RM Media Ltd. ("Plaintiff") hereby requests that the Clerk of the above-titled Court enter default in this action against Eric Tran ("Defendant"), on the grounds that Defendant has failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

Defendant was served with the Summons and Complaint on September 10,

2018 pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Proof of service on Defendant was previously filed with the Court on September 13, 2018. (Doc. No. 17.)

The above-stated facts are set forth in the attached Declaration of Mathew K. Higbee, filed herein.

Dated: October 17, 2018

                Respectfully submitted,

                **/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 112, Santa Ana, California, 92705.

On October 17, 2018, I caused to be served the foregoing **Request for Entry of Default, Declaration of Mathew K. Higbee, and Proposed Entry of Default** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Eric Tran
14572 Monroe Street
Midway City, CA 92655

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 17, 2018, at Santa Ana, California.

***/s/ Mathew K. Higbee***
Mathew K. Higbee, Esq.
*Counsel for Plaintiff*