Mathew K. Higbee, Esq., SBN 241380
Saba A. Basria, Esq., SBN 307594
HIGBEE & ASSOCIATES
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
Email: sbasria@higbeeassociates.com

*Attorney for Plaintiff,*
RM MEDIA LTD.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RM MEDIA LTD., <br><br> Plaintiff, <br><br> v. <br><br> ERIC TRAN; SERGIO SAVIC d/b/a YOUR PERSONAL WORKFORCE; UNIVERSAL COMMERCIAL CAPITAL; and DOES 1 through 10 inclusive. <br><br> Defendants. | Case No. 8:18-cv-01508-CJC-JDE <br><br> **[PROPOSED] ENTRY OF DEFAULT** <br><br> **Filed and Served Concurrently:** <br> 1. Request For Entry of Default <br> 2. Declaration of Mathew K. Higbee |

### CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT ERIC TRAN

According to the official Court file in the above-captioned action, the Complaint of the Plaintiff RM Media Ltd. ("Plaintiff") was filed on August 24, 2018, against Defendant Eric Tran ("Defendant") in civil action 8:18-cv-01508-CJC-JDE.

1

Service of the Summons and Complaint was made upon Defendants on September 10, 2018. (Doc. No. 17). The executed service of the Summons and Complaint upon Defendants was filed with the Court on September 13, 2018. *Id.*

As of the date of this entry, no answer has been filed with the Clerk on behalf of Defendants, nor have Defendants otherwise defended herein.

WHEREFORE, the default of Defendants Eric Tran and Universal Commercial Capital is hereby entered on this _____ day of _____ 2018.

_____
Clerk,   United   States   District   Court
Central District of California

## **CERTIFICATE OF SERVICE**

I, the undersigned, say:

I am a citizen of the United States and I am a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.

My business address is 1504 Brookhollow Dr., Ste 113, Santa Ana, California, 92705.

On October 17, 2018, I caused to be served the foregoing **Request for Entry of Default, Declaration of Mathew K. Higbee, and Proposed Entry of Default** on all parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

Eric Tran
14572 Monroe Street
Midway City, CA 92655

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by via the *CM/ECF* system. Participants in this case who are not registered with the *CM/ECF* system will be served by first-class mail or by other means permitted by the Court.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 17, 2018, at Santa Ana, California.

*/s/ Mathew K. Higbee*
Mathew K. Higbee, Esq.
*Counsel for Plaintiff*